## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

IN RE: James Waltz  
    <u>Debtor</u>

CHAPTER 13

BKY. NO. 16-15811 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PNC Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 7321

              Respectfully submitted,

              **<u>/s/Joshua I. Goldman , Esquire</u>**  
              Joshua I. Goldman, Esquire  
              Thomas Puleo, Esquire  
              KML Law Group, P.C.  
              701 Market Street, Suite 5000  
              Philadelphia, PA 19106-1532  
              (215) 825-6306  FAX (215) 825-6406