IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JAMES P. WALTZ             :     Chapter 13
                                                      :
      Debtor                      :     No. 16-15811 MDC

### **ORDER**

AND NOW, this   6th         day of September, 2016, upon consideration of the Debtor's

Motion to Extend Time for the Filing of Required Documents it is hereby ORDERED

that the motion is GRANTED and the required documents shall be filed by

September 16, 2016         or the case may be dismissed without further notice.

_____
Magdeline D. Coleman
U.S. Bankruptcy Judge