# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-15811-MDC

JAMES P. WALTZ

1107 Scott Drive

Coatesville, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES P. WALTZ

    1107 Scott Drive

    Coatesville, PA 19320

Counsel for debtor(s), by electronic notice only.

    JOSEPH F. CLAFFY
    JOSEPH F CLAFFY & ASSOCIATES
    26 S CHURCH ST
    WEST CHESTER, PA 19382-

Date: 11/3/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee