# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-15811-MDC

JAMES P. WALTZ

1107 Scott Drive

Coatesville, PA 19320

    Debtor

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAMES P. WALTZ

    1107 Scott Drive

    Coatesville, PA 19320

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH F. CLAFFY
    JOSEPH F CLAFFY & ASSOCIATES
    26 S CHURCH ST
    WEST CHESTER, PA 19382-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 12/1/2016

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee