IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  JAMES P. WALTZ | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 16-15811-mdc |

## AMENDED CERTIFICATE OF SERVICE

This is to certify that in this case, complete copies of all papers contained in the Caln Township Municipal Authority's Motion for Relief from the Automatic Stay have been served upon the following persons, by the following means and on the date(s) stated:

| Name: | Means of Service: | Date: |
|---|---|---|
| Joseph F. Claffy<br>Joseph F. Claffy & Associates, P.C.<br>26 South Church Street, Suite 1 South<br>West Chester, PA  19382 | U.S. First Class Mail | June 2, 2017 |
| Lauren B. Karl<br>KML Law Group, LLC<br>Spectra II<br>2591 Wexford-Bayne Road, Suite 201<br>Sewickley, PA  15143 | U.S. First Class Mail | June 2, 2017 |
| William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street, Suite 1813<br>Philadelphia, PA  19107 | U.S. First Class Mail | June 2, 2017 |

**LAMB McERLANE, PC**

Dated:  June 2, 2017

By: */s/ Guy A. Donatelli*
Guy A. Donatelli
Attorney I.D. No. 44205
24 East Market Street
West Chester, PA  19381
(610) 430-8000
*Attorney for*
*Caln Township Municipal Authority*