IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: JAMES P. WALTZ : Chapter 13
:
Debtor : Bankruptcy No. 16-15811-mdc

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Caln Township Municipal Authority has filed a Motion for Relief from Automatic Stay with the court for completion of condemnation of a twenty (20) foot easement on the property of debtor for a sewer extension project.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then fifteen (15) days prior to the date of hearing listed below you or your attorney must do all of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) Mail a copy to Caln Township Municipal Authority's attorney:

Guy A. Donatelli, Esquire
Vincent M. Pompo, Esquire
Lamb McErlane PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381
Phone: (610) 430-8000
Fax: (610) 692-6210

     2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

     3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on June 29, 2017, at 11:00 a.m. in Courtroom # 2, United States Bankruptcy Court for the Eastern District of Pennsylvania 900 Market Street, Philadelphia, PA 19107.

     4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

     5. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: June 2, 2017

                                  LAMB MCERLANE, PC

                          By:*/s/ Guy A. Donatelli*
                              Guy A. Donatelli, Esquire