IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: JAMES P. WALTZ : Chapter 13
:
Debtor : Case No. 16-15811-mdc

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this _29th_ day of _June_, 2017, upon consideration of the Motion of Caln Township Municipal Authority (the "Movant") for Relief from Automatic Stay pursuant to § 362(d), it is hereby **ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED,** that the Automatic Stay afforded by § 362(a) of the Bankruptcy Code be, and hereby is, **VACATED,** to the extent necessary to permit the Movant to exercise its rights pursuant to applicable state law, as to the real property located at 1107 Scott Drive, Coatesville, Pennsylvania 19302 by commencing or continuing a proceeding to condemn its property thereupon.

BY THE COURT:

_Magdeline D. C____
Magdeline D. Coleman, Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtors Attorney:
Joseph F. Claffy
Joseph F. Claffy & Associates
26 S. Church Street
West Chester, PA 19382

Debtor:
James P. Waltz
1107 Scott Drive,
Coatesville, PA 19320

Attorney for PNC Bank, N.A.
Lauren B. Karl
KML Law Group, P.C.
Spectra II
2591 Wexford-Bayne Road, Suite 201
Sewickley, PA 15143

Case 16-15811-mdc    Doc 46    Filed 06/29/17    Entered 06/29/17 15:39:21    Desc Main
Document      Page 3 of 3