United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15811-mdc
James P. Waltz                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: Jun 29, 2017
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db             +James P. Waltz,    1107 Scott Drive,    Coatesville, PA 19320-2228
NONE           +Caln Township Municipal Authority,    253 Municipal Drive,    Thorndale, PA 19372-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              GUY A. DONATELLI    on behalf of    Caln Township Municipal Authority gdonatelli@lambmcerlane.com,
               jwayne@lambmcerlane.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSEPH F. CLAFFY    on behalf of Debtor James P. Waltz claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: JAMES P. WALTZ          :    Chapter 13
                               :
      Debtor                   :    Case No. 16-15811-mdc

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this __29th__ day of __June__, 2017, upon consideration of the Motion of Caln Township Municipal Authority (the "Movant") for Relief from Automatic Stay pursuant to § 362(d), it is hereby **ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED**, that the Automatic Stay afforded by § 362(a) of the Bankruptcy Code be, and hereby is, **VACATED**, to the extent necessary to permit the Movant to exercise its rights pursuant to applicable state law, as to the real property located at 1107 Scott Drive, Coatesville, Pennsylvania 19302 by commencing or continuing a proceeding to condemn its property thereupon.

BY THE COURT:

_Magdeline D. C_____
Magdeline D. Coleman, Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtors Attorney:
Joseph F. Claffy
Joseph F. Claffy & Associates
26 S. Church Street
West Chester, PA 19382

Debtor:
James P. Waltz
1107 Scott Drive,
Coatesville, PA 19320

Attorney for PNC Bank, N.A.
Lauren B. Karl
KML Law Group, P.C.
Spectra II
2591 Wexford-Bayne Road, Suite 201
Sewickley, PA 15143