## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James P. Waltz<br>　　　　　Debtor<br><br>PNC Bank, National Association<br>　　　　　Movant<br>　　vs.<br><br>James P. Waltz<br>　　　　　Respondent | CHAPTER 13<br><br><br>NO. 16-15811 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of PNC Bank, National Association to Confirmation of Chapter 13 Plan, which was filed with the Court on or about March 13, 2017 (Document No. 24).

                         Respectfully submitted,

                         **/s/ Matteo S. Weiner, Esquire**
                         Matteo S. Weiner, Esquire
                         Thomas I. Puleo, Esquire
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA  19106
                         215-627-1322
                         Attorneys for Movant

September 26, 2017