UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  James P. Waltz            }        Chapter 13
                                  }
       Debtor(s)                  }
                                  }        Bky. No. 16-15811-MDC

CERTIFICATION OF NON-RESPONSE
TO NOTICE OF APPLICATION FOR APPROVAL OF LEGAL FEE

The undersigned, Joseph F. Claffy, , Esquire does hereby aver and certify that he did serve copies of the Notice of Application for Approval of Legal Fee, as approved by the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, The Debtor(s), Chapter 13 Trustee, U.S. Trustee and all creditors and parties in interest, which includes all the parties listed on the master mailing list (typing matrix) by depositing same with the United States Postal Service, at Philadelphia, PA as regular first class mail, postage pre-paid or by ECF e-mail on the following date:  **1/19/2018**

More than twenty (20) days have elapsed from the date of mailing of said Notice of Application for Approval of Legal Fee, and having received no response thereto, and more than twenty (20) days having elapsed since the mailing of the Notice of Application for Approval of Legal Fee, and having received no response thereto, the undersigned as Attorney for the Debtor(s) does hereby ask that the fee in this case be Approved

Respectfully submitted,

Dated: **February 9, 2018**                    signed:   Joseph F. Claffy, Esq. /s/
                                              Applicant ID 35142
                                      By:     Joseph F. Claffy, Esquire
                                              26 South Church Street
                                              West Chester, PA 19382
                                              Phone No:   (610) 429-0900
                                              Fax No:     (610) 429-9550