United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15811-mdc
James P. Waltz                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1              Date Rcvd: Feb 14, 2018
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.
db             +James P. Waltz,    1107 Scott Drive,    Coatesville, PA 19320-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:
       GUY A. DONATELLI    on behalf of    Caln Township Municipal Authority gdonatelli@lambmcerlane.com, jwayne@lambmcerlane.com
       JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
       JOSEPH F. CLAFFY    on behalf of Debtor James P. Waltz claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                             TOTAL: 9

ITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: James P. Waltz          }   Chapter 13
                               }
       Debtor(s)               }
                               }   No. 16-15811-MDC
                     }

### ORDER APPROVING LEGAL FEE

AND NOW, this 14th day of February 2018, upon consideration of the within application filed by Joseph F. Claffy, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

1) Debtor(s)' Counsel's fee of $3,500.00 and costs of $0.00 for a total of $ $3,500.00 hereby approved; and

2) Payment of $ 1,690.00 to the undersigned counsel for the Debtor in the Debtor's Chapter 13 Plan is hereby approved.

By the Court:

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge