**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James P. Waltz<br>　　　　　　Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　Movant<br>vs.<br>James P. Waltz<br>　　　　　　Debtor | NO. 16-15811 MDC |
| Irene Ollie Newman<br>Virgil H. Newman<br>Majorie May Newman<br>　　　　　　Co-Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　Trustee | |

**ORDER**

AND NOW, this __7th__ day of __January__, ~~2019~~ 2020, after appropriate Notice and Hearing, if required, it is hereby

ORDERED that the automatic stay imposed by 11 U.S.C. §§ 362 and 1301 of the Bankruptcy Code is hereby vacated for the limited purpose of allowing PNC to proceed with filing a petition to intervene in an eminent domain case, 2017-02349-RC, in Chester County Court of Common Pleas, filing a petition to distribute funds being held in that eminent case to Movant and using those funds to offset amounts owed to Movant by Debtor.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge

James P. Waltz
1107 Scott Drive
Coatesville, PA 19320

Joseph F. Claffy
Joseph F. CLaffy & Associates, P.C.
26 South Church Street, Suite 1 South
West Chester, PA 19382

WILLIAM C. MILLER
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532