```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                       Case No. 16-15811-mdc
James P. Waltz                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 1           Date Rcvd: Jan 09, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db           +James P. Waltz,    1107 Scott Drive,    Coatesville, PA 19320-2228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              GUY A. DONATELLI    on behalf of   Caln Township Municipal Authority gdonatelli@lambmcerlane.com,
               jwayne@lambmcerlane.com
              JOSEPH F. CLAFFY    on behalf of Debtor James P. Waltz claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James P. Waltz<br>　　　　　　Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　Movant<br>vs.<br>James P. Waltz<br>　　　　　　Debtor | NO. 16-15811 MDC |
| Irene Ollie Newman<br>Virgil H. Newman<br>Majorie May Newman<br>　　　　　　Co-Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　Trustee | |

## ORDER

AND NOW, this ___7th___ day of ___January___, 2020, after appropriate Notice and Hearing, if required, it is hereby

ORDERED that the automatic stay imposed by 11 U.S.C. §§ 362 and 1301 of the Bankruptcy Code is hereby vacated for the limited purpose of allowing PNC to proceed with filing a petition to intervene in an eminent domain case, 2017-02349-RC, in Chester County Court of Common Pleas, filing a petition to distribute funds being held in that eminent case to Movant and using those funds to offset amounts owed to Movant by Debtor.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

James P. Waltz
1107 Scott Drive
Coatesville, PA 19320

Joseph F. Claffy
Joseph F. CLaffy & Associates, P.C.
26 South Church Street, Suite 1 South
West Chester, PA 19382

WILLIAM C. MILLER
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532