# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-15811-MDC

JAMES P. WALTZ

1107 SCOTT DRIVE

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES P. WALTZ

    1107 SCOTT DRIVE

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    JOSEPH F. CLAFFY
    JOSEPH F CLAFFY & ASSOCIATES
    26 S CHURCH ST
    WEST CHESTER, PA 19382-

Date: 7/16/2020

                                                  /S/ William C. Miller
                                                  _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee