**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JAMES P. WALTZ | Chapter 13 |
| Debtor | Bankruptcy No. 16-15811-MDC |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 17, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F. CLAFFY
JOSEPH F CLAFFY & ASSOCIATES
26 S CHURCH ST
WEST CHESTER, PA 19382-

Debtor:
JAMES P. WALTZ

1107 SCOTT DRIVE

COATESVILLE, PA 19320